United States District for the District of Columbia

President
Elgen Mewetee
4431 Georgia Avenue N.W
Washington, D.C.

v

President Barack H. Obama
McConnell Paul Ryan, U.S.A.

Complaint

Case: 1:17-cv-01113
Assigned To : Unassigned
Assign. Date : 5/31/2017
Description: Pro Se Gen. Civ. **(F-DECK)**

RECEIVED
MAY 31 2017
Clerk, U.S. District and
Bankruptcy Courts

A lower court decision before Supreme Court to take A lower court decision to A higher court for review. An application made to a court or Judge to obtain an order. To give property by will: to give property by will real property convey. The power, right or authority to interpret Apply And declare the law As by rendering A decision the law (As by rendering A decision < to be rendered to the state be haaing of the crime U.S. Constitution Art IV a court competent.

United States Postal Service fail to delivery or forward plaintiff mail system on before

the last day for filing and is accompanied by notarized statement or declaration in compliance. Holding President Trump made "For good cause, a Justice may extend the time to file a jurisdictional statement for a period not exceeding 60 days. United States good cause a Justices may extend the to file jurisdictional statement for a not exceeding 60 day. Opinion a copy Advice on evaluation testimony attestimony compare fact recognized body (as American Bar Association, a formal written expressed by a court or judge of the reason and principles of law upon which the decision

in case is based compare holding judgement ruling. Federal court Are constrained by the constitution to deciding only cases or controversies And cannot issue Advisory opinion. Rehearing A reconsidered of cause (As An Appeal) After final decision or dismissed is a by the same tribunal that is on granted due to some error in the original hearing And that may encompass new matter evidence or issues. Notice of Appeal And rehearing. The requirement of when, how And with what notice must be given to A person Are often prescribed by statute, rule or contract.

rehearing A consideration of a cause (As A Appeal) After final decision on dismissal usu. by the same tribunal that issued granted due to some error in the original hearing And that may encompasses new matters evidence or issues.

Reason why An extension of time is justified Petworth Library Kanawas computers do not work websites PASS Treatise Constitutional ruling 11/12/98 Transmitted Preliminary Record on Appeal copies mailed plaintiff U.S. Court of Appeal pt Entered 11/13/1998 Elgen Menefee.

Relief sought 80 zillion 50 times

Imbursement you plaintiff Elger Menefee

50 Billion 6,000 times.

United STATES Supreme Court clerk

office Elger Menefee e-mail unknown

202-479-3011

Declaration - The first pleading in common-law not under oath made by a party to a legal transaction & the attorney must later sign an affidavit stating that has informed the debtors.

President Elger Menefe
4431 Georgia Avenue
Washington, D.C.
20011-1723

United States District Court

Proof of Service

I Elgen Menefee do hereby declare, under of perjury, that I served a true and correct copy of the foregoing Petition for Writ of Habeas Corpus, by first class U.S. Mail Addresed to.

Goldwater v Canter
444 U.S. 996, 100 S Ct 533. 62 L Ed 2d 428 (1999)

Lujan v Defenders of Wildlife
504 U.S. 555 (1992)

Marbury v Madison
(1 Cranch 137 (1803))

NAACP v Alabama 357 U.S. 449 (1958)